NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARCOS RODRIGUEZ,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　　Case No. 2D19-1131
　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　　)
_____)

Opinion filed October 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Barbara
Twine Thomas, Judge.

Marcos Rodriguez, pro se.

PER CURIAM.

Affirmed. See Vlahovich v. State, 788 So. 2d 245 (Fla. 2001); State v. Cotton, 769 So. 2d 345 (Fla. 2000); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Haynes v. State, 106 So. 3d 481 (Fla. 5th DCA 2013); State v. Retalic, 902 So. 2d 315 (Fla. 5th DCA 2005); State v. Smith, 832 So. 2d 249 (Fla. 5th DCA 2002); Paul v. State, 830 So. 2d 953 (Fla. 5th DCA 2002).

KHOUZAM, C.J., and CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., Concur.